MARION EPPLEY v. BRYSON CITY.

ACTION commenced in Superior Court of Swain County to enjoin defendant from erecting a dam for its electric light plant on Deep River.

The motion for a restraining order was heard by his Honor, *Judge Webb,* at chambers, and the motion denied. Plaintiff appealed.

*F. C. Fisher for plaintiff.*
*Bryson & Black for defendant.*

BROWN, J. This action was commenced to restrain defendant from building the dam before its erection was begun.

As the court refused to enjoin them, the authorities of defendant proceeded to build the dam, and it is now completed. The matter involved is same as in the other case between same parties at this term, and is governed by that decision.

The judgment is

Affirmed.